E-FILED
Friday, 03 April, 2020  10:46:01 AM
Clerk, U.S. District Court, ILCD

Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT

for the
Central District of Illinois

| | | |
|---|---|---|
| **Bump Boxes, Inc.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case Number: 19-1385** |
| | ) | |
| **Luis Licea** | ) | |
| | ) | |
| **Defendant.** | ) | |

## JUDGMENT IN A CIVIL CASE

☒ **DECISION BY THE COURT**.   This action came before the Court, and a decision has been rendered.

　　**IT IS ORDERED AND ADJUDGED** that Plaintiff, Bump Boxes, Inc.'s action against Defendant, Luis Licea is dismissed without prejudice for lack of personal jurisdiction over Defendant.

**Dated: 4/3/2020**

JBM Approved

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court